UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Robert B. Broughton, Jr. and Celeste G. Broughton, | ) ) ) | Case No. 5:19-cv-066-S |
| Plaintiffs, | ) ) | |
| v. | ) ) | **OPINION AND ORDER** |
| Roger Gregory, Chief Judge, 4th Circuit; Michelle McGirr, Court Reporter; US Marshal Service Wake County NC; Martin K. Reidinger, Judge, USD Court; and Wells Fargo & Co., | ) ) ) ) ) ) | **FOR PREFILING INJUNCTION** |
| Defendants. | ) ) | |

On August 15, 2019, the court issued an order dismissing the within complaint and, upon motion for a prefiling injunction filed by Defendant Wells Fargo & Co., ordering Plaintiffs to show cause no later than September 13, 2019, why they should not be subject to an injunction prohibiting them from filing new actions without prior authorization from a United States District Judge. Plaintiffs filed no response to the court's order.

The court finds that Plaintiffs' complaints have reiterated prior claims that had been decided adversely to Plaintiffs; that many complaints contain spurious allegations accusing members of the judiciary of fraud, conspiracy, fabricating evidence, and other misconduct; that Plaintiffs have ignored prefiling injunctions filed in state court; and that Plaintiffs' actions have unduly burdened the court and litigants. The motion for prefiling injunction filed by Wells Fargo & Co. (ECF No. 9) is **granted**. Accordingly,

**PLAINTIFFS ARE HEREBY ENJOINED FROM FILING ANY NEW ACTION OR OTHER FILING IN THIS COURT RELATING TO ANY OF THE CLAIMS, THEORIES,**

**OR CIRCUMSTANCES RELATING TO THEIR PREVIOUSLY DISMISSED STATE AND FEDERAL COURT ACTIONS UNLESS PLAINTIFFS HAVE OBTAINED PRIOR AUTHORIZATION FROM A UNITED STATES DISTRICT JUDGE WHO HAS DETERMINED THAT THE PROPOSED FILING COMPLIES WITH FED. R. CIV. P. 11 AND IS NOT BASED ON THE CLAIMS THEORIES, OR CIRCUMSTANCES UNDERLYING PRIOR STATE OR FEDERAL ACTIONS BROUGHT BY EITHER PLAINTIFF.**

IT IS SO ORDERED.

/s/ Margaret B. Seymour
Senior United States District Judge

October 17, 2019

Charleston, South Carolina